FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

2007 APR 10 PM 2: 09

SIGN
BY DEPUTY CLERK

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA

Steven Bernard Williams
Print the full name (first - middle - last) and prisoner number of the plaintiff in this action.

CIVIL ACTION

NO.

versus

SECTION

Warden, James LeBlanc
Dixon Correctional Institute

Print the full name of all defendants in this action.
**DO NOT WRITE *et al.***

COMPLAINT

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( ) No ( x)

B. If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit

Plaintiffs ______________________________

______________________________

Defendants ______________________________

______________________________

2. Court (If federal court, name of the district court; if state court, name the parish.)

______________________________

3. Docket Number ______________________________

4. Name of judge to whom case was assigned ______________________________

______________________________

5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)

______________________________

6. Approximate date of filing lawsuit ______________________________

7. Approximate date of disposition ______________________________

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?

Yes ( ) No (x)

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

______________________________

______________________________

______________________________

II. PLACE OF PRESENT CONFINEMENT: Dixon Correctional Institute

A. Is there a prisoner grievance procedure in this institution?
Yes (x) No ( )

B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes (x) No ( )

C. If your answer is "yes",

1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. ______________

______________________________________________

2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals?

______________________________________________

D. If your answer is NO, explain why you have not done so: ______________

______________________________________________

______________________________________________

______________________________________________

III. Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A. Full Name of Plaintiff Steven Bernard Williams
(First - Middle - Last)

Prisoner Number 366294

Address ~~D.C.I. P.O. Box 788, Jackson, La. 70748~~

Date of Birth 2-16-79

Date of Arrest 8-30-2000

Date of Conviction Sept. 6, 2001

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B. Defendant James Leblanc is employed as Warden at Dixon Correctional Institute

Address for service: 5568 Hwy. 68, Jackson, La. 70748

C. Defendant ______________ is employed as ______________ ______________ at ______________

Address for service: ______________

D. Defendant ______________ is employed as ______________ ______________ at ______________

Address for service: ______________

E. Defendant ______________ is employed as ______________ ______________ at ______________

Address for service: ______________

F. Defendant ______________ is employed as ______________ ______________ at ______________

Address for service: ______________

G. Defendant ______________ is employed as ______________ ______________ at ______________

Address for service: ______________

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

I have been in D.O.C. since 10-2000. I have never been paid for labor through incentive pay. I am currently owed five years back pay. I have a 15 year sentence without good-time or any eligibility for an early release date. I filed the A.R.P. to Warden LeBlanc and was denied due to the time laspe for never recieving pay.

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I request that the court order the Department of Corrections to begin effective imediately paying incentive pay according to job pay. I also want all back pay accoding to job Descript-ions.

Furthermore, I want $10,000.00 dollars for mental anguish for the stress and aggravation over the past five years I have been trying to get what is owed to me.

VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $150 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this 5th day of April, 2007.

[signature]
(Signature of Plaintiff)

01/04

MR. Steven Bernard Williams #366294
Dixon Correctional Institue
P.O. Box 788
Jackson, LA, 70748

BATON ROUGE
LA 708 2 L
09 APR 2007 PM

MARSHAL

"CLERK'S Office"
UNITED State District Cour
Middle District of Louisiana
777 Florida Street.
Baton Rouge, LA, 70801 - 1712

70801+1717

NOT RESPONSIBLE
FOR CONTENTS

APR 09 2007

DIXON CORRECTIONAL
INSTITUTE